**Order entered August 31, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00071-CV

### LENDINGHOME FUNDING CORPORATION, Appellant

### V.

### TUESDAY REAL ESTATE, LLC, KEVIN MILLER, HARVA DALE MILLER, AND ROXANNE L. MILLER, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00266**

### ORDER

Before the Court is appellant's August 27, 2020 motion to extend time to file its reply brief to Tuesday Real Estate, LLC's response brief. Appellant explains it would like to file a single reply brief to all appellees' response briefs but appellees Kevin Miller, Harva Dale Miller, and Roxanne L. Miller have not yet filed theirs and they have until September 4, 2020 to do so.

We **GRANT** the motion and **ORDER** appellant's reply brief be filed within twenty days of the filing of the Millers' response brief.

/s/ ERIN A. NOWELL
JUSTICE